IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JESUS GALARZA,

     Appellant,

 v.                               Case No.  5D14-664

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 15, 2014

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Jesus Galarza, Clermont, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Roark Wall,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.  *See Ghent v. State*, 27 So. 3d 121 (Fla. 4th DCA 2010).

TORPY, C.J., ORFINGER and LAWSON, JJ., concur.